**Order entered June 30, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00424-CV

## MARICELA A. PEREZ, ET AL., Appellants

## V.

## ARNS INVESTMENTS, LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02341-C**

### ORDER

In an effort to determine the timeliness of appellant's notice of appeal, we **ORDER** Janet Wright, Official Court Reporter for County Court at Law No. 3, to file, by **July 19, 2021**, either the reporter's records from the hearings conducted on December 6, 2019 and April 22, 2021 or written verification if either or both of the hearings were not recorded.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Wright and all parties.

/s/    KEN MOLBERG
        JUSTICE